# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0662
L.T. Case No. 2023-DR-000583-FC

_____

GREGORY HUNTER,

Appellant,

v.

CHERYL HUNTER,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Jennifer Bass, Judge.

Gregory Hunter, Raiford, pro se.

No Appearance for Appellee.

September 10, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).


EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____